# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Steven Lee Bingham, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>United States of America )<br>)<br>Defendant. ) | Case No. 4:15-cv-731 UNA |

## ORDER

The above styled and numbered case was filed on May 7, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:15-cv-00079.

**IT IS FURTHER ORDERED** that cause number 4:15cv731 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: May 8, 2015        By: /s/ Michele Crayton
                              Deputy In Charge

**In all future documents filed with the Court, please use the following case number 1:15-cv-00079 SNLJ.**